# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                              Case No. 4:09cv340-RS/WCS

SUPREME COURT,

    Defendant.

_____/

## ORDER and AMENDED REPORT AND RECOMMENDATION

Plaintiff, who is *pro se*, submitted a civil rights complaint on August 31, 2009. Doc. 1. I entered a report and recommendation on September 11, 2009, doc. 3, recommending dismissal because the complaint was frivolous. Doc. 3. The report and recommendation also noted Plaintiff had neither paid the filing fee nor did she submit an *in forma pauperis* motion. *Id.* Plaintiff has now remedied one of those deficiencies. Plaintiff has filed a motion for leave to proceed *in forma pauperis*. Doc. 4. Plaintiff has shown good cause for granting the motion, and will be given *in forma pauperis* status. That does not, however, change the recommendation for dismissal. The complaint remains as it was filed, frivolous and incomprehensible.

Federal law permits a United States District Court to dismiss a case filed *in forma pauperis*, if it is satisfied that the action is frivolous or malicious. The Supreme Court

has recognized two types of cases which may be dismissed, *sua sponte*, pursuant to 28 U.S.C. § 1915(d). Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989). The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless." *Id.* This case lacks both an arguable basis in law and is clearly removed from reality. Sultenfuss v. Snow, 894 F.2d 1277 (11th Cir. 1990), *citing* Neitzke. Plaintiff's allegations are incomprehensible and fit both classes of cases which may be dismissed *sua sponte*.

Accordingly, it is **ORDERED :**

1. Good cause having been shown, Plaintiff's motion for leave to proceed *in forma pauperis*, doc. 4, is hereby **GRANTED**.

2. The prior report and recommendation, doc. 3, is **VACATED**.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted because it is frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on September 30, 2009.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:09cv340-RS/WCS