IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                                                CASE NO. 4:09-cv-340/RS/WCS

SUPREME COURT,

    Defendant.
_____/

## **ORDER**

Before me is the Magistrate Judge's Order and Amended Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Amended Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed for failure to state a claim upon which relief may be granted because it is frivolous.

3. The clerk is directed to close the file.

**ORDERED** on November 12, 2009.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**